LECLAIRRYAN
Robert S. McWhorter (CA 226186)
Kevin T. Collins (CA 185427)
980 9th Street, 16th Floor
Sacramento, CA 95814
Telephone:  916.449.9690
Facsimile:  916.449.9694
robert.mcwhorter@leclairryan.com
kevin.collins@leclairryan.com

Attorneys for Defendants
GREGORY SANDERS, CATHY SANDERS,
erroneously sued as KATHY SANDERS,
and CAR REGISTRATION, INC. erroneously
sued as EZTAGS, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CARTAGZ, INC., a California corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GREGORY SANDERS; KATHY SANDERS; EZTAGS, INC., a California corporation; and DOES 1 through 95, inclusive<br><br>　　　　Defendants. | Case No.: 2:15-cv-01918-MCE-AC<br><br>**SECOND AMENDED STIPULATION TO EXTEND TIME FOR DEFENDANTS GREGORY SANDERS, CATHY SANDERS, ERRONEOULSY SUED AS KATHY SANDERS, AND CAR REGISTRATION, INC. ERRONEOULSY SUEDAS EZTAGS, INC. TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S INITIAL COMPLAINT; ORDER THEREON** |

## SECOND AMENDED STIPULATION

　　　　Defendants Gregory Sanders, Cathy Sanders, erroneously sued as Kathy Sanders, and Car Registration, Inc. erroneously sued as Eztags, Inc. (collectively, "Defendants") and Plaintiff, Cartagz, Inc. ("Plaintiff"), (collectively, the "Parties") hereby stipulate and agree as follows:

1.	On September 11, 2015, Defendants filed a Notice of Removal, removing this case from Sacramento County Superior Court, Case No. 34-2015-00182997.

2.	The Parties are exploring settlement and possible arbitration of this case.

3.	If the Parties cannot reach resolution, Plaintiff anticipates filing a First Amended Complaint.

4.	To avoid the Parties incurring costs and attorneys' fees unnecessarily while they explore potential settlement and arbitration, Defendants, Gregory Sanders, Cathy Sanders, erroneously sued as Kathy Sanders, and Car Registration, Inc. erroneously sued as Eztags, Inc. shall have until **October 9, 2015** to file an answer or otherwise respond to Plaintiff's Complaint.

5.	The Parties' execution of this Stipulation shall not constitute a waiver of any claims or defenses, including the right to compel arbitration.

Stipulated and agreed to by:

Dated:  September 24, 2015		LeClairRyan LLP

					By:	  /s/ Kevin T. Collins
						Kevin T. Collins

					Attorneys for Defendants
					GREGORY SANDERS, CATHY SANDERS,
					erroneously sued as KATHY SANDERS,
					and CAR REGISTRATION, INC. erroneously sued
					as EZTAGS, INC.

Dated:  September 24, 2015		Law Offices of Matthew V. Brady

					By:	  //s
						Matthew V. Brady

					Attorneys for Plaintiff CARTAGZ, INC.,

IT IS SO ORDERED.

Dated:  October 5, 2015

					_____
					MORRISON C. ENGLAND, JR., CHIEF JUDGE
					UNITED STATES DISTRICT COURT

---

SECOND AMENDED STIPULATION TO EXTEND TIME FOR DEFENDANTS TO ANSWER OR
OTHERWISE RESPOND TO PLAINTIFF'S INITIAL COMPLAINT; ORDER THEREON