1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CARTAGZ, INC.,                              No.  2:15-cv-1918 MCE AC

12                    Plaintiff,

13            v.                                   ORDER

14    GREGORY SANDERS, et al.,

15                    Defendants.

16

17         The parties have submitted a Stipulated Protective Order.  See ECF No. 7.  However, the

18    stipulation makes reference to "Local Rules 37-1 and 37-2," which do not exist in this court's

19    Local Rules.  To avoid confusion, the court will not approve the stipulation, but the parties are

20    free to re-submit it, making reference to the correct Local Rules.[1]

21    DATED: October 27, 2015

22

23                                                    _____
                                                      ALLISON CLAIRE
24                                                    UNITED STATES MAGISTRATE JUDGE

25

26    _____
      [1]  It appears that an earlier Notice of Electronic Filing ("NEF") sent to the parties indicated that
27    there would be a hearing on this matter on November 4, 2015.  The parties are advised that there
      is no hearing scheduled for this matter.  In addition, the parties are advised that the undersigned's
28    name is spelled "Allison Claire."