1  **MILLSTONE PETERSON & WATTS, LLP**
   Glenn W. Peterson, Esq. (SBN 126173)
2  2267 Lava Ridge Court, Suite 210
   Roseville, CA 95661
3  Telephone: (916) 780-8222; Fax No: (916) 780-8775

4  **LAW OFFICES OF MATTHEW V. BRADY**
5  Matthew V. Brady (SBN 65273)
   2339 Gold Meadow Way, Suite 230
6  Gold River, CA 95670
7  Telephone: (916) 442-5600; Fax No: (916) 422-5728

8  Attorneys for Plaintiff/Counter-Defendant
   *Cartagz, Inc., a California corporation* and
9  Counter-Defendants *Troy Greeson and Chrizelda Machuca*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTAGZ, INC., a California corporation,<br><br>           Plaintiff,<br>      vs.<br><br>GREGORY SANDERS; KATHY SANDERS; EZTAGS, INC., a California corporation; and DOES 1 through 95, inclusive,<br><br>           Defendants. | Case No. 2:15-cv-01918-MCE-AC<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR COUNTER-DEFENDANT TO ANSWER COUNTERCLAIM** |
| GREGORY SANDERS; CATHY SANDERS; and CAR REGISTRATION, INC., a California corporation<br><br>           Counter-Claimants,<br>      vs.<br><br>CARTAGZ, INC., a California corporation; TROY GREESON; CHRIZELDA MACHUCA; and Roes 1 to 25, inclusive<br><br>           Counter-Defendants. | |

**STIPULATION AND ORDER EXTENDING TIME FOR COUNTER-DEFENDANTS TO ANSWER COUNTERCLAIM**

**STIPULATION AND ORDER**

Plaintiff/Counter-Defendant Cartagz, Inc. ("Cartagz") and Counter-Defendants Troy Greeson and Chrizelda Machuca (hereinafter collectively "Counter-Defendants") and Defendants/Counter-Claimants Gregory Sanders, Cathy Sanders and Car Registration, Inc. ("Counter-Claimants"), by and through their undersigned counsel of record, present the following Stipulation requesting a continuance of the following hearings.

RECITALS

**WHEREAS**, Counter-Defendant Cartagz was electronically served with the Counter-Claims by Counter-Claimants on October 9, 2015.

**WHEREAS**, Cartagz' Answer to the Counter-Claim is currently due on October 30, 2015

**WHEREAS**, the parties have agreed to a one week extension for time to answer the Counter-Claim.

**WHEREAS**, the parties respectfully request that the Court grant Cartagz an extension to answer the Counter-Claim to be filed not later than November 6, 2015.

**IT IS SO STIPULATED.**

DATED:  November 2, 2015          **MILLSTONE, PETERSON & WATTS, LLP**

By:     /s/ Glenn W. Peterson
          GLENN W. PETERSON

Attorneys for Plaintiff/Counter-Defendant
*Cartagz, Inc., a California corporation* and
Counter-Defendants *Troy Greeson and Chrizelda Machuca*

DATED:  November 2, 2015          **LECLAIRRYAN**

By:     /s/ Kevin T. Collins
          KEVIN T. COLLINS
(AUTHORIZED ON OCTOBER 29, 2015)

Attorneys for Defendants/Counter-Claimants
*Gregory Sanders, Cathy Sanders and Car Registration, Inc.*

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.
**MILLSTONE PETERSON & WATTS, LLP** /s/ Glenn W. Peterson

-2-

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR COUNTER-DEFENDANTS TO ANSWER COUNTERCLAIM**

## ORDER

After full consideration of the above Proposed Stipulation, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Cartagz' Answer to Counterclaim is to be filed not later than November 6, 2015.

**IT IS SO ORDERED.**

Dated:  November 2, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR COUNTER-DEFENDANTS TO ANSWER COUNTERCLAIM**