UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTAGZ, INC., | No. 2:15-cv-1918 MCE AC |
| Plaintiff, | |
| v. | ORDER |
| GREGORY SANDERS, et al., | |
| Defendants. | |

The parties have submitted a Stipulated Protective Order. See ECF No. 7. However, the stipulation makes reference to "Local Rule 26.1," which does not exist in this court's Local Rules. To avoid confusion, the court will not approve the stipulation, but the parties are free to re-submit it, making reference to the correct Local Rules.[1]

DATED: November 3, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties are advised that the link to the court's Local Rules may be found at www.caed.uscourts.gov/caednew/index.cfm/rules/local-rules/.