**MILLSTONE PETERSON & WATTS, LLP**
Glenn W. Peterson, Esq. (SBN 126173)
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone: (916) 780-8222; Fax No: (916) 780-8775

**LAW OFFICES OF MATTHEW V. BRADY**
Matthew V. Brady (SBN 65273)
2339 Gold Meadow Way, Suite 230
Gold River, CA 95670
Telephone: (916) 442-5600; Fax No: (916) 422-5728

Attorneys for Plaintiff/Counter-Defendant
*Cartagz, Inc., a California corporation* and
Counter-Defendants *Troy Greeson and Chrizelda Machuca*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTAGZ, INC., a California corporation,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>GREGORY SANDERS; KATHY SANDERS; EZTAGS, INC., a California corporation; and DOES 1 through 95, inclusive,<br><br>　　　　Defendants.<br><br>GREGORY SANDERS; CATHY SANDERS; and CAR REGISTRATION, INC., a California corporation<br><br>　　　　Counter-Claimants,<br>　　vs.<br><br>CARTAGZ, INC., a California corporation; TROY GREESON; CHRIZELDA MACHUCA; and Roes 1 to 25, inclusive<br><br>　　　　Counter-Defendants. | Case No. 2:15-cv-01918-MCE-AC<br><br>**STIPULATION AND ORDER PERMITTING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT** |

## STIPULATION AND ORDER

Plaintiff/Counter-Defendant Cartagz, Inc. ("Cartagz") and Counter-Defendants Troy Greeson and Chrizelda Machuca (hereinafter collectively "Counter-Defendants") and Defendants/Counter-Claimants Gregory Sanders, Cathy Sanders and Car Registration, Inc. ("Counter-Claimants"), by and through their undersigned counsel of record, hereby stipulate and agree that Plaintiff Cartagz, Inc. is permitted to file the attached First Amended Complaint, which shall be filed within five days of the Court's order permitting same.  Defendants Gregory Sanders, Cathy Sanders and Car Registration, Inc. (Easytags) will have 30 days to respond to the Amended Complaint.

**IT IS SO STIPULATED.**

DATED:  November 10, 2015                               **MILLSTONE, PETERSON & WATTS, LLP**

By:            /s/ Glenn W. Peterson
GLENN W. PETERSON

Attorneys for Plaintiff/Counter-Defendant
*Cartagz, Inc., a California corporation* and
Counter-Defendants *Troy Greeson and Chrizelda Machuca*


DATED:  November 10, 2015                               **LECLAIRRYAN**

By:            /s/ Kevin T. Collins
KEVIN T. COLLINS
(AUTHORIZED ON NOVEMBER 6, 2015)

Attorneys for Defendants/Counter-Claimants
*Gregory Sanders, Cathy Sanders and Car Registration, Inc.*

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.
**MILLSTONE PETERSON & WATTS, LLP** /s/ Glenn W. Peterson

# ORDER

After full consideration of the above Stipulation, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Plaintiff Cartagz, Inc. is permitted to file the attached First Amended Complaint. Defendants shall have 30 days to respond to the First Amended Complaint.

**IT IS SO ORDERED.**

Dated: November 10, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT