**MILLSTONE PETERSON & WATTS, LLP**
Glenn W. Peterson, Esq. (SBN 126173)
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone: (916) 780-8222; Fax No: (916) 780-8775

**LAW OFFICES OF MATTHEW V. BRADY**
Matthew V. Brady (SBN 65273)
2339 Gold Meadow Way, Suite 230
Gold River, CA 95670
Telephone: (916) 442-5600; Fax No: (916) 422-5728

Attorneys for Plaintiff/Counter-Defendant
*Cartagz, Inc., a California corporation* and
Counter-Defendants *Troy Greeson and Chrizelda Machuca*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CARTAGZ, INC., a California corporation, <br><br> Plaintiff, <br> vs. <br><br> GREGORY SANDERS; KATHY SANDERS; EZTAGS, INC., a California corporation; and DOES 1 through 95, inclusive, <br><br> Defendants. | Case No. 2:15-cv-01918-MCE-AC <br><br> **STIPULATION AND ORDER EXTENDING TIME FOR COUNTER-DEFENDANT TO ANSWER COUNTERCLAIM** |
| GREGORY SANDERS; CATHY SANDERS; and CAR REGISTRATION, INC., a California corporation <br><br> Counter-Claimants, <br> vs. <br><br> CARTAGZ, INC., a California corporation; TROY GREESON; CHRIZELDA MACHUCA; and Roes 1 to 25, inclusive <br><br> Counter-Defendants. | |

**STIPULATION AND ORDER EXTENDING TIME FOR COUNTER-DEFENDANTS TO ANSWER COUNTERCLAIM**

## STIPULATION AND ORDER

Plaintiff/Counter-Defendant Cartagz, Inc. ("Cartagz") and Counter-Defendants Troy Greeson and Chrizelda Machuca (hereinafter collectively "Counter-Defendants") and Defendants/Counter-Claimants Gregory Sanders, Cathy Sanders and Car Registration, Inc. ("Counter-Claimants"), by and through their undersigned counsel of record, present the following Stipulation.

### RECITALS

**WHEREAS**, Counter-Defendant Cartagz was electronically served with the Counter-Claims by Counter-Claimants on October 9, 2015.

**WHEREAS**, on November 3, 2015, the Court granted Cartagz an extension to respond to the Counter-Claim not later than November 6, 2015.

**WHEREAS**, the parties have agreed to a further extension of time for Cartagz to file a responsive pleading to the Counter-Claim so that the response date coincides with the date the individual Counter-Claimants' responsive pleading becomes due.

**WHEREAS**, Counsel for Counter-Defendants signed and returned a Waiver of Service of Summons for Troy Greeson and Chizelda Machuca on November 6, 2015 and the parties now respectfully request that the Court grant Cartagz an extension to file a responsive pleading to the Counter-Claim no later than December 22, 2015.

**IT IS SO STIPULATED.**

DATED:  November 10, 2015                              **MILLSTONE, PETERSON & WATTS, LLP**

By: /s/ Glenn W. Peterson
GLENN W. PETERSON

Attorneys for Plaintiff/Counter-Defendant
*Cartagz, Inc., a California corporation* and
Counter-Defendants *Troy Greeson and Chrizelda Machuca*

DATED:  November 10, 2015                              **LECLAIRRYAN**

By: _____/s/ Kevin T. Collins_____
KEVIN T. COLLINS
(AUTHORIZED ON NOVEMBER 6, 2015)

Attorneys for Defendants/Counter-Claimants
*Gregory Sanders, Cathy Sanders and Car Registration, Inc.*

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

**MILLSTONE PETERSON & WATTS, LLP** /s/ Glenn W. Peterson

## ORDER

After full consideration of the above Stipulation, GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Cartagz' response to the Counter-Claim is to be filed not later than December 22, 2015.

**IT IS SO ORDERED.**

Dated:  November 10, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

**STIPULATION AND ORDER EXTENDING TIME FOR COUNTER-DEFENDANTS TO ANSWER COUNTERCLAIM**