**MILLSTONE PETERSON & WATTS, LLP**
Glenn W. Peterson (SBN 126173)
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone: (916) 780-8222; Fax No: (916) 780-8775

Attorneys for Counter-Defendants
*Cartagz, Inc., a California corporation* and
*Troy Greeson and Chrizelda Machuca*

**LECLAIRRYAN**
Robert S. McWhorter (CA 226186)
Kevin T. Collins (CA 185427)
Jacqueline N. Vu (CA 287011)
980 9th Street, 16th Floor
Sacramento, CA 95814
Telephone:  916.449.9690
Facsimile:  916.449.9694
robert.mcwhorter@leclairryan.com
kevin.collins@leclairryan.com

Attorneys for Defendants
GREGORY SANDERS, CATHY SANDERS,
erroneously sued as KATHY SANDERS,
and CAR REGISTRATION, INC. erroneously
sued as EZTAGS, INC.

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARTAGZ, INC., a California corporation,<br><br>              Plaintiff,<br><br>        vs.<br><br>GREGORY SANDERS; CATHY SANDERS,<br>CALIFORNIA REGISTRATION, INC., a<br>California corporation (formerly EZTAG),<br>CONTINUUM DATA PRODUCTS, a<br>California Corporation, DAWN COOKS and<br>RICHARD COOKS<br><br>              Defendants. | Case No. 2:15-cv-01918-MCE-GGH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR THE PARTIES TO FILE A STIPULATED ORDER CONCISELY SETTING FORTH ALL ASPECTS OF THE SETTLEMENT AGREEMENT** |

1  GREGORY SANDERS; CATHY SANDERS;   )
2  and CAR REGISTRATION, INC., a California   )
   corporation   )
3                                              )
               Counter-Claimants,            )
4          vs.                                )
                                             )
5  CARTAGZ, INC., a California corporation;   )
6  TROY GREESON; CHRIZELDA MACHUCA;   )
   and Roes 1 to 25, inclusive               )
7                                              )
               Counter-Defendants.           )

## **STIPULATION**

This stipulation to extend the time to finalize the settlement of this action is entered into by and between defendants and counter defendants Car Registration, Inc., Gregory Sanders and Cathy Sanders (collectively "Defendants"), on the one hand, and plaintiff and counter-defendants Cartagz, Inc., Troy Greeson and Chrizelda Machuca (collectively "Plaintiffs"), on the other hand, by and through their respective counsel of record with reference to following facts:

WHEREAS, on August 11, 2016, the parties met in settlement conference and resolved to settle the above referenced litigation prior to trial;

WHEREAS, the principal terms of the settlement were set forth on the record, including an agreement to file by August 31, 2016 a stipulated order concisely setting forth all aspects of the settlement agreement;

WHEREAS, counsel for Defendants took the "laboring oar" in preparing the first draft of the settlement agreement and timely provided it to counsel for Plaintiffs, on August 19, 2016;

WHEREAS, since August 19, 2016, certain issues and disagreements have arisen that have prevented the parties from completing the negotiation and drafting of the settlement papers;

WHEREAS, counsel for Plaintiffs, Matthew Brady, recently had surgery and will need additional time to confer with defense counsel on the drafting of the settlement papers;

WHEREAS, Plaintiffs and Defendants remain hopeful and fully anticipate that the parties will agree upon the language of the final settlement agreement, but are in need of more time to accomplish that; at minimum, the parties believe that additional time will reduce the number and the extent of

**STIPULATION AND PROPOSED ORDER**

1   issues that might be submitted for court resolution;

2         WHEREAS, the parties mutually agree that the Court may enter an order upon this stipulation.

3         NOW THEREFORE, it is hereby stipulated by and between the parties hereto, through their

4   respective counsel, that the deadline to file the stipulated order concisely setting forth all aspects of

5   the settlement agreement be continued an additional ten days to **September 26, 2016** from September

6   16, 2016.

7   Stipulated and agreed to by:

8   DATED:  September 20, 2016        **LAW OFFICES OF MATTHEW V. BRADY**

9                       *and*

10                      **MILLSTONE, PETERSON & WATTS, LLP**

11

12                      By:_____/s/ Glenn W. Peterson_____
                                GLENN W. PETERSON

13                      Attorneys for Plaintiff/Counter-Defendant
                    *Cartagz, Inc., a California corporation*

14

15  DATED:  September 20, 2016        **LECLAIRRYAN LLP**

16                      By:_____/s/ Kevin T. Collins_____
                                  KEVIN T. COLLINS

17                          (AS AUTHORIZED ON 9/15/16)

18                      Attorneys for Defendants
                    *Gregory Sanders, Cathy Sanders, erroneously sued as Kathy*

19                      *Sanders, and Car Registration, Inc. erroneously sued as*
                    *EZTAGS, Inc.*

20

21        I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed"
signature (/s/) within this e-filed document.
**MILLSTONE PETERSON & WATTS, LLP** /s/ Glenn W. Peterson

22

23

24

25

26

27

28

**STIPULATION AND PROPOSED ORDER**

**ORDER**

Based on the above stipulation of the parties and good cause appearing,

**IT IS SO ORDERED.**

Dated: September 20, 2016

<u>/s/ Gregory G. Hollows</u>

UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND PROPOSED ORDER**