LECLAIRRYAN, LLP
Robert S. McWhorter (CA 226186)
Kevin T. Collins (CA 185427)
Jacqueline N. Vu (CA 287011)
400 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone:  916.246.1140
Facsimile:  916.246.1155
robert.mcwhorter@leclairryan.com
kevin.collins@leclairryan.com
jacqueline.vu@leclairryan.com

Attorneys for Defendants and Counter-Claimants,
GREGORY SANDERS, CATHY SANDERS,
erroneously sued as KATHY SANDERS,
and CAR REGISTRATION, INC. erroneously
sued as EZTAGS, INC.

MILLSTONE PETERSON & WATTS, LLP
Glenn W. Peterson (SBN 126173)
2267 Lava Ridge Court, Suite 210
Roseville, CA 95661
Telephone: (916) 780-8222
Facsimile: (916) 780-8775

Attorneys for Counter-Defendants
Cartagz, Inc., a California corporation and
Troy Greeson and Chrizelda Machuca

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| CARTAGZ, INC., a California corporation,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GREGORY SANDERS; KATHY SANDERS; CALIFORNIA REGISTRATION, INC., a California corporation (formerly EZTAG); CONTINUUM DATA PRODUCTS, a California Corporation, DAWN COOKS and RICHARD COOKS<br><br>　　　　　Defendants. | Case No.: 2:15-cv-01918-MCE-GGH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR THE PARTIES TO FILE A STIPULATED ORDER CONCISELY SETTING FORTH ALL ASPECTS OF THE SETTLEMENT AGREEMENT**<br><br>(Sacramento County Superior Court Case No. 34-2015-00182997) |

STIPULATION AND [PROPOSED] ORDER
TO EXTEND TIME FOR THE PARTIES TO FILE THE SETTLEMENT AGREEMENT

| | |
|---|---|
| 1 | GREGORY SANDERS; CATHY SANDERS; and CAR REGISTRAITON, INC., a California corporation |
| 2 | |
| 3 | Counter-Claimants, |
| 4 | |
| 5 | vs. |
| 6 | CARTAGZ, INC., a California corporation; TROY GREESON; CHRIZELDA MACHUCA; and Roes 1 to 25, inclusive |
| 7 | Counter-Defendants. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **STIPULATION**

This stipulation to extend the time to finalize the settlement of this action is entered into by and between defendants and counter-claimants Car Registration, Inc., Gregory Sanders and Cathy Sanders (collectively "Defendants"), on the one hand, and plaintiff and counter-defendants Cartagz, Inc., Troy Greeson and Chrizelda Machuca (collectively "Plaintiffs"), on the other hand, (collectively, the "Parties") by and through their respective counsel of record with reference to following facts:

WHEREAS, on August 11, 2016, the Parties met in a settlement conference and resolved to settle the above referenced litigation prior to trial;

WHEREAS, the principal terms of the settlement were set forth on the record, including an agreement to file by August 31, 2016 a stipulated order concisely setting forth all aspects of the settlement agreement;

WHEREAS, counsel for Defendants took the "laboring oar" in preparing the first draft of the settlement agreement and timely provided it to counsel for Plaintiffs, on August 19, 2016;

WHEREAS, since August 19, 2016, certain issues and disagreements have arisen that have prevented the Parties from completing the negotiation and drafting of the settlement papers;

WHEREAS, counsel for Plaintiffs, Matthew Brady, recently had surgery and needed additional time to confer with defense counsel on the drafting of the settlement papers;

WHEARAS, the Parties have successfully resolved many issues relating to the drafting of the settlement papers, but are in need of additional time to negotiate the last few remaining issues relating to the language of the final settlement agreement;

WHEREAS, the Parties are hopeful and fully anticipate that they will agree upon the language of the final settlement agreement as only a very few issues remain; and

WHEREAS, the Parties mutually agree that the Court may enter an order upon this stipulation.

///

///

NOW THEREFORE, it is hereby stipulated by and between the Parties hereto, through their respective counsel, that the deadline to file the stipulated order concisely setting forth all aspects of the settlement agreement be continued **October 10**, **2016** from September 26, 2016.

Stipulated and agreed to by:

Dated:  September 26, 2016                LeClairRyan LLP


By:   */s/ Kevin T. Collins*
            Kevin T. Collins

Attorneys for Defendants
GREGORY SANDERS, CATHY SANDERS,
erroneously sued as KATHY SANDERS,
and CAR REGISTRATION, INC. erroneously sued
as EZTAGS, INC.


Dated:  September 26, 2016                MILLSTONE PETERSON & WATTS, LLP


By:   */s/ Glenn W. Peterson*
            Glenn W. Peterson

Attorneys for Plaintiff and Counter-Defendants
CARTAGZ, INC., TROY GREESON and
GRIZELDA MACHUCA


Dated:  September 26, 2016                LAW OFFICES OF MATTHEW V. BRADY


By:   */s/ Matthew V. Brady*
            Matthew V. Brady

Attorneys for Plaintiff and Counter-Defendants
CARTAGZ, INC., TROY GREESON and
GRIZELDA MACHUCA

# **ORDER**

Based on the above stipulation of the parties and good cause appearing, the parties will file their Proposed Settlement Order no later than October 10, 2011.

Should the Proposed Settlement Order not be filed on the above date, the parties shall contact the courtroom clerk of the undersigned and schedule a hearing regarding dispute resolution for the next available date on the calendar of the undersigned.

**IT IS SO ORDERED.**

Dated:  September 30, 2016

                /s/ Gregory G. Hollows
               GREGORY G. HOLLOWS
               United States Magistrate Judge