LECLAIRRYAN, LLP
Robert S. McWhorter (CA 226186)
Kevin T. Collins (CA 185427)
Jacqueline N. Vu (CA 287011)
400 Capitol Mall, Suite 1500
Sacramento, CA 95814
Telephone: 916.246.1140
Facsimile: 916.246.1155
robert.mcwhorter@leclairryan.com
kevin.collins@leclairryan.com
jacqueline.vu@leclairryan.com

Brian C. Vanderhoof (CA 248511)
725 S. Figueroa St., Suite 350
Los Angeles, CA 90017
Telephone: 213.337.3247
Facsimile: 213.624.3755
brian.vanderhoof@leclairryan.com

Attorneys for Defendants and Counter-Claimants
GREGORY SANDERS, CATHY SANDERS
and CAR REGISTRATION, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| CARTAGZ, INC., a California corporation,<br><br>    Plaintiff,<br>  v.<br><br>GREGORY SANDERS; CATHY SANDERS; CALIFORNIA REGISTRATION, INC., a California corporation, (formerly EZTAGS), CONTINUUM DATA PRODUCTS, a California corporation; DAWN COOKS and RICHARD COOKS,<br><br>    Defendants.<br>GREGORY SANDERS; CATHY SANDERS; and CAR REGISTRATION, INC., a California corporation,<br><br>    Counter-Claimants,<br>  v.<br><br>Cartagz, Inc., a California corporation; Troy Greeson; Chrizelda Machuca; and Roes 1 to 25, inclusive<br><br>    Cross-Defendants. | Case No.: 2:15-cv-01918-MCE-GGH<br><br>ORDER GRANTING CAR REGISTRATION, INC.'S NOTICE OF REQUEST AND REQUEST TO SEAL DOCUMENTS |

ORDER

Having read and considered the papers submitted in support of Defendants and Counter-Claimants Car Registration, Inc., Gregory Sanders, and Cathy Sanders' (collectively, "Defendants") request to seal documents, the Court finds good cause to seal the Stipulation and Order Regarding Settlement ("Stipulation").

IT IS HEREBY ORDERED that:

1. Defendants' request to seal documents is granted;

2. That the Clerk of the Court is directed to immediately file under seal the Stipulation in its entirety;

3. That only the Defendants and Counter-Claimants, their counsel, counsel of record for the Plaintiff and Counter-Defendants, the Court and its staff shall have access to the sealed documents; and

4. That the Stipulation shall remain sealed until further Order of the Court.

IT IS SO ORDERED.

Dated: October 17, 2016

                              /s/ Gregory G. Hollows
                        UNITED STATES MAGISTRATE JUDGE