1  LAW OFFICES OF MATTHEW V. BRADY
2  Matthew V. Brady (SBN 65273)
   2339 Gold Meadow Way, Suite 230
3  Gold River, CA 95670
   Telephone: (916) 442-5600; Fax No: (916) 422-5728
4
5  MILLSTONE PETERSON & WATTS, LLP
   Glenn W. Peterson, Esq. (SBN 126173)
6  2267 Lava Ridge Court, Suite 210
   Roseville, CA 95661
7  Phone: (916) 780-8222

8  Attorneys for Plaintiff/Counter-Defendant,
   *Cartagz, Inc., a California corporation* and
9  Counter-Defendants *Troy Greeson and Chrizelda Machuca*

10 LECLAIRRYAN, LLP
   Robert S. McWhorter (CA 226186)
11 Kevin T. Collins (CA 185427)
   Jacqueline N. Vu (287011)
12 400 Capitol Mall, Suite 1500
   Sacramento, CA 95814
13 Telephone:  916.246.1140
   Facsimile:  916.246.1155
14 robert.mcwhorter@leclairryan.com
   kevin.collins@leclairryan.com
15 jacqueline.vu@leclairryan.com

16 Attorneys for Defendants and Counter-Claimants,
   GREGORY SANDERS, CATHY SANDERS,
17 and CAR REGISTRATION, INC. erroneously sued
   as California Registration, Inc. and formerly EZTAGS
18

19

20                 UNITED STATES DISTRICT COURT

21       EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

22

| | |
|---|---|
| CARTAGZ, INC., a California corporation, | Case No.: 2:15-cv-01918-MCE-GGH |
| Plaintiff, | STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE |
| v. | |
| GREGORY SANDERS; CATHY SANDERS; CALIFORNIA REGISTRATION, INC., a California corporation, (formerly EZTAGS), CONTINUUM DATA PRODUCTS, a California corporation; DAWN COOKS and RICHARD COOKS, | Action filed:        September 11, 2015<br>Trial:               Not yet set. |
| Defendants. | |

23
24
25
26
27
28

1

2

GREGORY SANDERS; CATHY SANDERS; and CAR REGISTRATION, INC., a California corporation,

3

             Counter-Claimants,

   v.

4

5

Cartagz, Inc., a California corporation; Troy Greeson; Chrizelda Machuca; and Roes 1 to 25, inclusive

6

             Cross-Defendants.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION

Plaintiff and Counter-Defendant, Cartagz, Inc., and Counter-Defendants, Troy Greeson and Chizelda Machuca, (collectively, "Plaintiffs") and Defendants and Counter-Claimants, Gregory Sanders, Cathy Sanders, erroneously sued as Kathy Sanders, and Car Registration, Inc. erroneously sued as Eztagz, Inc. (collectively, "Defendants"), (collectively, "Parties") having executed a written Stipulation and Order Regarding Settlement which disposes of all issues raised in this action, and which permits the District Court of the Eastern District of California to retain jurisdiction over this action for four (4) years to resolve any disputes which might arise in the performance of the Stipulation and Order Regarding Settlement, hereby stipulate to the following:

1.      The Parties agree that United States Magistrate Judge Gregory G. Hollows will resolve any dispute which might occur in the performance of the Parties' executed Stipulation and Order Regarding Settlement pursuant to 28 U.S.C. section 636, subdivision (c), and that such resolution will be final.

2.      The Parties agree that all claims, including all counterclaims, brought in this action, Civil Case No. 2:15-cv-01918-MCE-GGH, be dismissed in their entirety and with prejudice.  Each party shall bear their own costs and attorneys' fees incurred in this action.

3.      The Parties request that the Court enter an Order dismissing this action, including all counterclaims, in its entirety with prejudice.


IT IS SO STIPULATED.


DATED:  October 18, 2016                    MILLSTONE PETERSON & WATTS, LLP


                                            By:_____/s/ *Matthew V. Brady*_____
                                                       MATTHEW V. BRADY

                                            Attorneys for Plaintiff and Counter-Defendants
                                            *Cartagz, Inc., a California corporation* and
                                            Counter-Defendants *Troy Greeson and Chrizelda Machuca*

-1-
STIPULATION AND PROPOSED ORDER

1

Dated:  October 12, 2016                         MILLSTONE PETERSON & WATTS, LLP

2

3

By: */s/ Glenn W. Peterson*

4

Glenn W. Peterson

5

Attorneys for Plaintiff and Counter-Defendant

6

Cartagz, Inc. a California Corporation and
Counter-Defendants Troy Greeson and

7

Chrizelda Machuca

8

9

DATED:  October 18, 2016                         LECLAIRRYAN, LLP

10

By:_____ /s/ *Kevin T. Collins*_____
KEVIN T. COLLINS

11

Attorneys for Defendants and Counter-Claimants

12

*Gregory Sanders, Cathy Sanders, erroneously sued as Kathy*
*Sanders, and Car Registration, Inc. erroneously sued as*

13

*EZTAGS, Inc.*

14

15

16

<u>ORDER</u>

17

IT IS HEREBY ORDERED that, pursuant to the Stipulation of the parties, Civil Case No.

18

2:15-cv-01918-MCE-GGH is hereby dismissed with prejudice.

19

Dated: October 18, 2016

20

21

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

STIPULATION AND PROPOSED ORDER